IN THE SUPREME COURT OF NORTH CAROLINA

No. 10A17

Filed 3 November 2017

STATE OF NORTH CAROLINA

v.

RYAN SAMUEL ROUSSEAU


Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 793 S.E.2d 292 (2016), finding no error after appeal from a judgment entered on 1 April 2015 by Judge Richard S. Gottlieb in Superior Court, Forsyth County. Heard in the Supreme Court on 10 October 2017.

> *Joshua H. Stein, Attorney General, by Phillip T. Reynolds, Assistant Attorney General, for the State.*

> *Michael E. Casterline for defendant-appellant.*


PER CURIAM.

AFFIRMED.